**No. 10-9141. In re Christopher Chatman, Petitioner.**

563 U.S. 960, 131 S. Ct. 2156, 179 L. Ed. 2d 954, 2011 U.S. LEXIS 3220.

April 25, 2011. Petition for writ of mandamus denied.

**No. 10-901. Claudia Seger-Thomschitz, Petitioner v. Museum of Fine Arts, Boston.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 954, 2011 U.S. LEXIS 3214.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1271, 131 S. Ct. 1612, 179 L. Ed. 2d 501, 2011 U.S. LEXIS 2037.

**No. 10-5746. Darrell Franklin, Petitioner v. Tennessee.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 954, 2011 U.S. LEXIS 3338.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1272, 131 S. Ct. 1598, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 1989.

**No. 10-6059. Lakenya T. Riley, Petitioner v. Union Parish School Board, et al.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 954, 2011 U.S. LEXIS 3334.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1222, 131 S. Ct. 1466, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1352.

**No. 10-7397. Vester Kay Scurlock-Ferguson, Petitioner v. City of Durham, North Carolina.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 954, 2011 U.S. LEXIS 3309.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1273, 131 S. Ct. 1601, 179 L. Ed. 2d 504, 2011 U.S. LEXIS 1918.

**No. 10-7871. Ali Partovi, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 954, 2011 U.S. LEXIS 3223.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1228, 131 S. Ct. 1487, 179 L. Ed. 2d 321, 2011 U.S. LEXIS 1581.

**No. 10-8027. Claude Townsend, Petitioner v. Peter J. Calderone, et al.**

563 U.S. 970, 131 S. Ct. 2176, 179 L. Ed. 2d 954, 2011 U.S. LEXIS 3263.

April 25, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1232, 131 S. Ct. 1500, 179 L. Ed. 2d 328, 2011 U.S. LEXIS 1614.